IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00013-RPM-KLM

DEMETRIA WARD and
MONTA WARD,

      Plaintiffs

v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,

      Defendant.

---

ORDER SETTING TRIAL DATE

---

      Pursuant to the Calendar call today, it is

      ORDERED that this matter is set for trial to jury on **July 11, 2011, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **June 10, 2011.**

      Dated: November 19th, 2010

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge