IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action  No. 10-cv-00013-RPM

DEMETRIA WARD
MONTA WARD,

Plaintiffs,

v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois corporation

Defendant.

---

**STIPULATED PROTECTIVE ORDER**

---

Plaintiffs Demetria Ward and Mont Ward and Defendant Allstate Insurance Company (hereinafter "Allstate")(incorrectly identified as Allstate Property and Casualty Insurance Company), by and through their counsel of record, enter into a Stipulated Protective Order as follows:

1. Plaintiffs have requested that Defendant Allstate provide certain documents which it has identified as proprietary and confidential materials prepared by Defendant Allstate for internal use and training and not intended or made available for use by Allstate's competitors or others outside Allstate.

2. Allstate desires to protect the proprietary and confidential nature of these documents, and the parties agree to their designation as "Protected Documents", the production and use of which is subject to the following provisions.

   a. Unless otherwise authorized by Defendant Allstate or ordered by this Court,

       Protected Documents shall not be used for any purpose other than the preparation and trial of this action, and appeals of all or part of this action, and shall not be disclosed to any person, except as is necessary for that purpose.

b. If any transcripts of depositions, answers to interrogatories, motions, briefs or other pleadings to be filed with the Court include all or part of a Protected Document, such pleadings or other papers shall be filed with the Clerk of the Court in sealed envelopes marked **"CONFIDENTIAL NOT TO BE OPENED EXCEPT BY ORDER OF THE COURT."**

c. Counsel are charged with the responsibility of advising their partners, associate attorneys, legal support personnel, and experts or consultants who are participating in the prosecution or defense of this action, and other persons to whom disclosure of any Protected Document may be made pursuant to this Order, of the terms of this Order and their obligations hereunder.  Before counsel may disclose any Protected Document to persons not counsel or legal support personnel within the firms executing this Order, such recipients shall execute a declaration in the form set forth in the attached Exhibit A.

d. Issues regarding the use of Protected Documents at trial shall be determined by the Court.

e. Upon final determination of this action, including all appeals, plaintiffs'

counsel shall return to Defendant Allstate within thirty (30) days any copies, extracts or summaries of any Protected Document, or documents containing information taken therefrom, but excluding any materials which, in the judgment of counsel, are work product materials.  Protected Documents which contain work product shall be destroyed by plaintiffs' counsel within thirty (30) days of final determination of this action.  Within forty-five (45) days of final determination, counsel for the parties shall provide Defendant Allstate's counsel a document certifying the return or destruction of all Protected Documents and any copies, extracts or summaries of Protected Documents.

AGREED AND STIPULATED this _____day of_____, 2011.

_____   _____
Steven R. Schumacher, Esq.                                    Richard A. Orona, #35299
Godfrey & Lapuyade, P.C.                                       Harris, Karstaedt, Jamison & Powers, P.C.
9557 S. Kingston Court                                             10333 East Dry Creek, Suite 300
Englewood, CO 80112                                              Englewood, Colorado  80112-5816
Email:  schumacher@godlap.com                          (720) 875-9140
                                                                                    Email: rorona@hkjp.com

ATTORNEYS FOR PLAINTIFFS                            ATTORNEYS FOR DEFENDANT
                                                                                    ALLSTATE

### **ORDER**

APPROVED, ORDERED AND ENTERED this 10th day of March, 2011.

                                                    BY THE COURT:

                                                    s/Richard P. Matsch

                                                    _____

                                                    Richard P. Matsch, Senior District Judge