IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action  No. 10-cv-00013-RPM-KLM

DEMETRIA WARD
MONTA WARD,

Plaintiffs,

v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois corporation

Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS
---

This Court, having first been duly advised of the parties' Stipulation for Dismissal with Prejudice of All Claims, hereby orders as follows:

The Stipulation for Dismissal with Prejudice of All Claims is GRANTED.  All claims as alleged against Defendant, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, by Plaintiffs, DEMETRIA WARD and MONTA WARD, are dismissed, **with prejudice**, each party to pay its own costs and fees.

IT IS SO ORDERED ON THIS 8th  day of July 2011.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch
U.S. DISTRICT COURT JUDGE